Susan J. Olson, SBN 152467
E-Mail: susan.olson@bullivant.com
Ronald L. Richman, SBN 139189
E-Mail: ron.richman@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff Board of Trustees of the
Laborers Pension Trust Fund for Northern
California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: C 09 3442 SBA |
|---|---|
| Plaintiff, | **REQUEST TO STAY CASE FOR 60 DAYS; ORDER THEREON** |
| vs. | |
| DOROTHY BISCOE, an individual, | |
| Defendant. | |

Plaintiff Board of Trustees of the Laborers Pension Trust Fund for Northern California ("Trust Fund") hereby requests that this matter be stayed for a period of 60 days based on the following:

1.  The Plaintiff Trust Fund filed a Complaint with this court on July 27, 2009 seeking to recover pension benefits improperly retained by Defendant Dorothy Biscoe ("Biscoe").

2.  The Plaintiff Trust Fund attempted service of the Complaint on Defendant Biscoe, but was unsuccessful because Defendant no longer resided at the address contained in the records of the Trust Fund.

3.  By letter dated July 29, 2009, counsel for the Plaintiff Trust Fund contacted Defendant Biscoe which prompted a response from Defendant Biscoe indicating a willingness to repay the Trust Fund.  Plaintiff Trust Fund and Defendant Biscoe entered into a tentative

11991991.1 – 1 –
REQUEST TO STAY CASE FOR 60 DAYS; ORDER THEREON – Case No. C 09 3442 EMC


settlement agreement. Plaintiff Trust Fund is attempting to secure Defendant's execution of the settlement agreement. To date, Defendant Biscoe has made payments pursuant to the tentative settlement.

4. Since Defendant Biscoe has not yet been served and the parties are currently involved in settlement negotiations which appear to be working, Plaintiff is requesting that the Court stay this matter for a period of 60 days. If after 60 days a formal settlement agreement has been reached, Plaintiff will file a dismissal of this action. If the parties fail to reach a settlement, Plaintiff will then proceed with this action by serving Defendant Biscoe.

DATED: September 28, 2009

BULLIVANT HOUSER BAILEY PC


By     /s/
    Susan J. Olson
    Ronald L. Richman

Attorneys for Plaintiff Board of Trustees of the Laborers Pension Trust Fund for Northern California

**ORDER**

The Plaintiff having submitted this Request To Stay Case for 60 days and good cause appearing:

IT IS HEREBY ORDERED that this case is stayed for 60 days and that dates set forth in this Court's Order Setting Initial Case Management Conference and ADR Guidelines be vacated, as well. At the conclusion of the 60 days, the Plaintiff will either dismiss this action or serve the Complaint on the Defendant, depending on the outcome of the settlement negotiations.

IT IS FURTHER ORDERED THAT the Case Management Conference currently scheduled for November 19, 2009 at 3:15 p.m. shall be CONTINUED to **January 27, 2009 at 2:30 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be

1 | responsible for filing the statement as well as for arranging the conference call. All parties shall
2 | be on the line and shall call (510) 637-3559 at the above indicated date and time.
3 |     IT IS SO ORDERED.
4 | DATED: September 29, 2009

By _____
SAUNDRA BROWN ARMSTRONG
United States District Judge