1   Susan J. Olson, SBN 152467
    E-Mail: susan.olson@bullivant.com
2   Ronald L. Richman, SBN 139189
    E-Mail: ron.richman@bullivant.com
3   BULLIVANT HOUSER BAILEY PC
    601 California Street, Suite 1800
4   San Francisco, California  94108
    Telephone: 415.352.2700
5   Facsimile: 415.352.2701

6   Attorneys for Plaintiff Board of Trustees of the
    Laborers Pension Trust Fund for Northern
7   California

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10

11  BOARD OF TRUSTEES OF THE              Case No.: C 09 3442 SBA
    LABORERS PENSION TRUST FUND FOR
    NORTHERN CALIFORNIA,                  **REQUEST TO STAY CASE FOR 60
12                                        DAYS; <u>AMENDED</u> ORDER THEREON**
                        Plaintiff,
13
         vs.
14
    DOROTHY BISCOE, an individual,
15
                        Defendant.
16

17          Plaintiff Board of Trustees of the Laborers Pension Trust Fund for Northern California

18  ("Trust Fund") hereby requests that this matter be stayed for a period of 60 days based on the

19  following:

20          1.      The Plaintiff Trust Fund filed a Complaint with this court on July 27, 2009

21  seeking to recover pension benefits improperly retained by Defendant Dorothy Biscoe

22  ("Biscoe").

23          2.      The Plaintiff Trust Fund attempted service of the Complaint on Defendant

24  Biscoe, but was unsuccessful because Defendant no longer resided at the address contained in

25  the records of the Trust Fund.

26          3.      By letter dated July 29, 2009, counsel for the Plaintiff Trust Fund contacted

27  Defendant Biscoe which prompted a response from Defendant Biscoe indicating a willingness

28  to repay the Trust Fund.  Plaintiff Trust Fund and Defendant Biscoe entered into a tentative

1  settlement agreement.  Plaintiff Trust Fund is attempting to secure Defendant's execution of the

2  settlement agreement.  To date, Defendant Biscoe has made payments pursuant to the tentative

3  settlement.

4        4.      Since Defendant Biscoe has not yet been served and the parties are currently

5  involved in settlement negotiations which appear to be working, Plaintiff is requesting that the

6  Court stay this matter for a period of 60 days.  If after 60 days a formal settlement agreement

7  has been reached, Plaintiff will file a dismissal of this action.  If the parties fail to reach a

8  settlement, Plaintiff will then proceed with this action by serving Defendant Biscoe.

9  DATED:  September 28, 2009

10                                         BULLIVANT HOUSER BAILEY PC

11

12                                         By _____/s/_____

13                                            Susan J. Olson
                                             Ronald L. Richman

14                                         Attorneys for Plaintiff Board of Trustees of the
                                           Laborers Pension Trust Fund for Northern
15                                         California

16                                **AMENDED ORDER**

17        The Plaintiff having submitted this Request To Stay Case for 60 days and good cause

18  appearing:

19        IT IS HEREBY ORDERED that this case is stayed for 60 days and that dates set forth in

20  this Court's Order Setting Initial Case Management Conference and ADR Guidelines be

21  vacated, as well.  At the conclusion of the 60 days, the Plaintiff will either dismiss this action or

22  serve the Complaint on the Defendant, depending on the outcome of the settlement negotiations.

23        IT IS FURTHER ORDERED THAT the Case Management Conference currently

24  scheduled for November 19, 2009 at 3:15 p.m. shall be CONTINUED to **January 27, 2010 at**

25  **2:30 p.m.**  The parties shall **meet and confer** prior to the conference and shall prepare a joint

26  Case Management Conference Statement which shall be filed no later than ten (10) days prior to

27  the Case Management Conference that complies with the Standing Order for All Judges of the

28  Northern District of California and the Standing Order of this Court.  Plaintiff shall be

1   responsible for filing the statement as well as for arranging the conference call.  All parties shall

2   be on the line and shall call (510) 637-3559 at the above indicated date and time.

3        IT IS SO ORDERED.

4   DATED:  September 30, 2009

5

6                                                    By  *Saundra B Armstrong*

7                                                        SAUNDRA BROWN ARMSTRONG
                                                         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11991991.1
REQUEST TO STAY CASE FOR 60 DAYS; ORDER THEREON – Case No. C 09 3442 EMC