1  Susan J. Olson, SBN 152467
   E-Mail: susan.olson@bullivant.com
2  Ronald L. Richman, SBN 139189
   E-Mail: ron.richman@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California  94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiff Board of Trustees of the
   Laborers Pension Trust Fund for Northern
7  California

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE              Case No.: C 09 3442 SBA
   LABORERS PENSION TRUST FUND FOR
   NORTHERN CALIFORNIA,                  **REQUEST FOR DISMISSAL WITHOUT
12                                       PREJUDICE; ORDER THEREON**
                 Plaintiff,
13
         vs.
14
   DOROTHY BISCOE, an individual,
15
                 Defendant.
16

17

18        Pursuant to FRCP 41(a)(1), Plaintiff Board of Trustees of the Laborers Pension Trust

19 Fund for Northern California hereby requests this matter filed against Defendant Dorothy

20 Biscoe be dismissed without prejudice.

21 DATED:  November 17, 2009

22                                              BULLIVANT HOUSER BAILEY PC

23

24                                              By        /s/
                                                   Susan J. Olson
25                                              Attorneys for Plaintiff Board of Trustees of the
                                                Laborers Pension Trust Fund for Northern
26                                              California

27 ///

28 ///

   12136868.1                              – 1 –
   REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON - Case No.: C 09 3442 SBA

1  **ORDER**

2  IT IS HEREBY ORDERED that this case be and hereby is dismissed without prejudice.

3

4  DATED:  November 11/19/09

5  By: _____

IT IS SO ORDERED

Judge Saundra B. Armstrong

12136868.1

– 2 –

REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON - Case No.: C 09 3442 SBA